# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRONOVA BIOPHARMA NORGE AS,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., and<br>TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br><br>Defendants. | Civil Action No. |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Pronova BioPharma Norge AS ("Pronova"), by way of Complaint against Defendants Teva Pharmaceuticals USA, Inc. ("Teva USA") and Teva Pharmaceutical Industries Ltd. ("Teva Ltd."), alleges as follows:

## THE PARTIES

1. Pronova is a corporation organized and existing under the laws of Norway with its corporate headquarters at Vollsveien 6, 1366 Lysaker, Baerum, Norway. Pronova is engaged in the research, development, manufacture and sale of pharmaceutical products.

2. Upon information and belief, Teva USA is a corporation organized under the laws of the State of Delaware, and its principal place of business is located at 1090 Horsham Road, North Wales, Pennsylvania 19454-1090.

3. Upon information and belief, Teva USA is a wholly-owned subsidiary of Teva Ltd. Upon information and belief, Teva Ltd. is a corporation under the laws of Israel, and its principal place of business is located at 5 Basel Street, St. Petach Tikva 49131, Israel.

## NATURE OF THE ACTION

4. This is an action for infringement of U.S. Patent No. 7,732,488 ("the '488 patent"), arising under the United States patent laws, Title 35, United States Code, §100 *et seq.*, including 35 U.S.C. §§ 271 and 281. This action relates to Teva USA's filing of an Abbreviated New Drug Application ("ANDA") under Section 505(j) of the Federal Food, Drug and Cosmetic Act ("the Act"), 21 U.S.C. § 355(j), seeking U.S. Food and Drug Administration ("FDA") approval to market generic pharmaceutical products.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

6. Upon information and belief, this Court has jurisdiction over Teva USA. Upon information and belief, Teva USA is incorporated in Delaware and directly, or indirectly, manufactures, markets and sells generic drugs throughout the United States and in this judicial district. Upon information and belief, Teva USA purposefully has conducted and continues to conduct business in this judicial district, and this judicial district is a likely destination of Teva USA's generic products. Teva USA has previously submitted to the jurisdiction of this Court and has further previously availed itself of this Court by filing suit in this jurisdiction and by asserting counterclaims in other civil actions initiated in this jurisdiction.

7. Upon information and belief, this Court has jurisdiction over Teva Ltd. Upon information and belief, Teva Ltd. is in the business of manufacturing, marketing, importing and

selling pharmaceutical drug products, including generic drug products. Upon information and belief, Teva Ltd. directly, or through its wholly-owned subsidiaries (primarily Teva USA), conducts business within the judicial district. Upon information and belief, Teva Ltd. directly, or through its wholly-owned subsidiaries (primarily Teva USA), manufactures, markets and sells generic drugs throughout the United States and in this judicial district. Teva Ltd. has previously submitted to the jurisdiction of this Court and has further previously availed itself of this Court by filing suit in this jurisdiction and by asserting counterclaims in other civil actions initiated in this jurisdiction.

8. Upon information and belief, venue is proper in this judicial district under 28 U.S.C. §§ 1391(c) and (d), and § 1400(b).

## FIRST COUNT FOR PATENT INFRINGEMENT

9. The U.S. Patent and Trademark Office ("PTO") issued the '488 patent on March 26, 1996, entitled "Pharmaceutical Composition Comprising Low Concentrations of Environmental Pollutants." A copy of the '488 patent is attached as Exhibit A.

10. The '488 patent is assigned to Pronova. Pronova is the owner of the '488 patent as recorded by the PTO at Reel 016754, Frame 0279.

11. The '488 patent expires on January 30, 2025.

12. The '488 patent claims, *inter alia*, pharmaceutical compositions comprising marine oil which comprises eicosapentaenoic acid ethyl ester and docosahexaenoic acid ethyl ester, also known as omega-3-acid ethyl esters, with low concentrations of environmental pollutants and methods of using said pharmaceutical compositions.

13. The '488 patent is listed in Approved Drug Products with Therapeutic Equivalence Evaluations ("the Orange Book") for New Drug Application ("NDA") No. 21-654, which the FDA approved on November 10, 2004.

14. Pharmaceutical compositions comprising marine oil which comprises eicosapentaenoic acid ethyl ester and docosahexaenoic acid ethyl ester, also known as omega-3-acid ethyl esters, with low concentrations of environmental pollutants are sold in the United States under the trademark Lovaza®.

15. Upon information and belief, Teva USA filed with the FDA ANDA No. 91-028 under Section 505(j) of the Act, 21 U.S.C. § 355(j).

16. Upon information and belief, Teva USA's ANDA No. 91-028 seeks FDA approval to engage in the commercial manufacture, use or sale in the United States of generic products containing omega-3-acid ethyl esters ("Teva USA's generic products").

17. On August 18, 2010, Pronova received a letter from Teva USA dated August 13, 2010, purporting to be a Notice of Certification for ANDA No. 91-028 ("Teva USA's 91-028 letter") under Section 505(j)(2)(B)(ii) and Section 505(j)(2)(B)(iv)(I) of the Act and 21 C.F.R. § 314.95(c)(1) and (d).

18. Teva USA's 91-028 letter alleges that Teva USA's generic products for which it seeks approval contain omega-3-acid ethyl esters.

19. Upon information and belief, Teva USA's generic products will, if approved and marketed, infringe at least one claim of the '488 patent.

20. Under 35 U.S.C. § 271(e)(2)(A), Teva USA has infringed at least one claim of the '488 patent by submitting, or causing to be submitted to the FDA, ANDA No. 91-028 seeking

approval for the commercial marketing of Teva USA's generic products before the expiration of the '488 patent.

21.  Upon information and belief, Teva USA's actions relating to Teva USA's ANDA No. 91-028 complained of herein were done at the direction of, with the authorization of, and with the cooperation, the participation, the assistance of, and, at least in part, for the benefit of Teva Ltd.

**WHEREFORE**, Plaintiff Pronova respectfully requests that the Court enter judgment in its favor and against Defendants Teva USA and Teva Ltd. (collectively "Teva") on the patent infringement claims set forth above and respectfully requests that this Court:

1)  enter judgment that, under 35 U.S.C. § 271(e)(2)(A), Teva has infringed at least one claim of the '488 patent through Teva USA's submission of ANDA No. 91-028 to the FDA to obtain approval for the commercial manufacture, use, import, offer for sale and/or sale in the United States of Teva USA's generic products before expiration of the '488 patent;

2)  order that the effective date of any approval by the FDA of Teva USA's generic products be a date that is not earlier than the expiration of the '488 patent, or such later date as the Court may determine;

3)  enjoin Teva from the commercial manufacture, use, import, offer for sale and/or sale of Teva USA's generic products until the expiration of the '488 patent, or such later date as the Court may determine;

4) enjoin Teva and all persons acting in concert with Teva, from seeking, obtaining or maintaining approval of Teva USA's ANDA No. 91-028 until expiration of the '488 patent;

5) declare this to be an exceptional case under 35 U.S.C. §§ 285 and 271(e)(4) and award Pronova costs, expenses and disbursements in this action, including reasonable attorney fees; and

6) award Pronova such further additional relief as this Court deems just and proper.

ASHBY & GEDDES

/s/ Steven J. Balick

Steven J. Balick (I.D. #2114)
Tiffany Geyer Lydon (I.D. #3950)
Caroline Hong (I.D. #5189)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com
chong@ashby-geddes.com

*Attorneys for Plaintiff Pronova BioPharma Norge AS*

*Of Counsel:*

James B. Monroe
Anthony C. Tridico
Jennifer H. Roscetti
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
(202) 408-4000

Dated: September 20, 2010