# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

October 28, 2010

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re: *Pronova BioPharma Norge AS v. Teva Pharmaceuticals USA, Inc., et al.*,
C.A. No. 09-286-SLR-MPT

*Pronova BioPharma Norge AS v. Apotex Corp., et al.*,
C.A. No. 09-304-SLR-MPT

*Pronova BioPharma Norge AS v. Par Pharmaceutical, Inc., et al.*,
C.A. No. 09-305-SLR-MPT

*Pronova BioPharma Norge AS v. Teva Pharmaceuticals USA, Inc., et al.*,
C.A. No. 10-800-SLR-MPT

*Pronova BioPharma Norge AS v. Par Pharmaceutical, Inc., et al.*,
C.A. No. 10-801-SLR-MPT

Dear Judge Robinson:

      I represent the plaintiff in the above actions, and I am writing concerning the scheduling teleconference that has been set to take place at 9:00 a.m. tomorrow, October 29, 2010. On behalf of all parties, I am submitting the accompanying (separately docketed) proposed form of scheduling order for the Court's consideration. Counsel look forward to discussing its contents with Your Honor tomorrow morning.

Respectfully,

/s/ Steven J. Balick

Steven J. Balick

SJB/dmf

{00453292;v1}

The Honorable Sue L. Robinson
October 28, 2010
Page 2

cc: James B. Monroe, Esquire (via electronic mail; w/enc.)
    John W. Shaw, Esquire (via electronic mail; w/enc.)
    David M. Hashmall, Esquire (via electronic mail; w/enc.)
    John C. Phillips, Jr., Esquire (via electronic mail; w/enc.)
    William A. Rakoczy, Esquire (via electronic mail; w/enc.)
    Frederick L. Cottrell, III, Esquire (via electronic mail; w/enc)
    Daniel G. Brown, Esquire (via electronic mail; w/enc.)