IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRONOVA BIOPHARMA NORGE AS,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>Defendant. | C.A. No. 10-800-SLR-MPT |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 20, 2011, copies of *Teva's First Set of Requests for the Production of Documents and Things to Pronova* were caused to be served upon the following counsel of record as indicated below:

**BY E-MAIL**

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
ASHBY & GEDDES
500 Delaware Avenue
Wilmington, DE 19801
*sbalick@ashby-geddes.com*
*jday@ashby-geddes.com*
*tlydon@ashby-geddes.com*

James B. Monroe, Esquire
Anthony C. Tridico, Esquire
Jennifer H. Roscetti, Esquire
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
james.monroe@finnegan.com
anthony.tridico@finnegan.com
jennifer.roscetti@finnegan.com

PLEASE TAKE FURTHER NOTICE that on January 21, 2011, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Tiffany Geyer Lydon, Esquire
>ASHBY & GEDDES
>500 Delaware Avenue
>Wilmington, DE 19801

Additionally, this Notice of Service was served by e-mail on the above listed local counsel and on the following counsel in the manner indicated:

**BY E-MAIL**

>James B. Monroe, Esquire
>Anthony C. Tridico, Esquire
>Jennifer H. Roscetti, Esquire
>FINNEGAN, HENDERSON,
>FARABOW, GARRETT &
>DUNNER, LLP
>901 New York Avenue, N.W.
>Washington, DC 20001-4413
>james.monroe@finnegan.com
>anthony.tridico@finnegan.com
>jennifer.roscetti@finnegan.com

>YOUNG CONAWAY STARGATT &
>TAYLOR, LLP
>
>*/s/ Pilar G. Kraman*
>John W. Shaw (No. 3362)
>Pilar G. Kraman (No. 5199)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>pkraman@ycst.com
>(302) 571-6600
>*Attorneys for Defendant*